**Order entered May 2, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00355-CV

### ERIC DRAKE, Appellant

### V.

### STEPHEN WALKER ET AL., Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-06774-D**

## ORDER

Before the Court is appellant's April 24, 2014 "motion for the production of original tape recordings of hearings conducted in the County Court Number Four." Asserting the court reporter "omitted important testimony" from the record of the January 6, 2014 hearing on pauper's oath, appellant requests the recording of that hearing. Additionally, he requests the transcripts and recordings of the March 3, 2014 hearing on "the defense motion to quash" and the March 17, 2014 hearing on "the defense 91a motion."

In response to appellant's motion, court reporter Coral L. Hough has provided written verification that no recording was made of the March 17th hearing. Accordingly, we **DENY** that request. We also **DENY** appellant's request for the recording of the January 6th hearing without

prejudice to filing a motion that complies with appellate rule 34.6(e). *See* TEX. R. APP. P. 34.6(e). We **GRANT** appellant's request concerning the March 3rd hearing to the extent that we **ORDER** Ms. Hough to file, no later than May 15, 2014, either the record of that hearing or written verification no record exists.

We **DIRECT** the Clerk of the Court to send copies of this order to Ms. Hough, appellant, and counsel for appellee.


/s/      ADA BROWN
         JUSTICE